

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00566-CV

———————————————

IN THE INTEREST OF F.M., A CHILD

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 2008-10721-16

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 9, 2025, we notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee by January 21, 2025. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so.[1] *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 13, 2025

---

[1]We also directed appellant to file a docketing statement no later than January 21, 2025. *See* Tex. R. App. P. 32.1. Appellant has not done so.

[2]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).